IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gervacio Martinez, et al., | NO. C 05-03904 JW |
|       Plaintiffs, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Werner Co, et al., | |
|       Defendants. | |

On March 5, 2007, the Court conducted a Preliminary Pretrial Conference. There was no appearances by any parties. On April 2, 2007, the Court received a letter from John C. Stein, attorney for Plaintiff, informing the Court that "all proceedings in [this] matter have been stayed" because Defendant Werner Holding Company has filed bankruptcy in the United States Bankruptcy Court, District of Delaware. There has been no further filings by the parties.

In light of the fact that this case has two Defendants, the Court requires the parties to appear at a case management conference on **May 21, 2007 at 10 a.m.** to discuss how to proceed with Defendant Home Depo U.S.A., Inc. Pursuant to the Civil Local Rule of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: May 1, 2007

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan James Metzger jmetzger@stl-lawoffices.com
John C Stein boccardo@boccardo.com
John W. Shaw jshaw@stl-lawoffices.com

**Dated:  May 1, 2007**                                    **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California