1  THE BOCCARDO LAW FIRM LLP
   ATTORNEYS AT LAW
2  111 W. ST. JOHN STREET, SUITE 400
   P.O. BOX 15001
3  SAN JOSE, CALIFORNIA 95115-0001
   TELEPHONE (408) 298-5678
4  FACSIMILE (408) 298-7503

5  JOHN C. STEIN, SBN 39417
   ATTORNEYS FOR PLAINTIFF
6

7                    UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10 GERVACIO AND ROSA MARTINEZ,     ) Case No.: C 05-03904 JW
                                   )
11         Plaintiff,              ) STIPULATION AND ORDER TO EXTEND
                                   ) CASE MANAGEMENT CONFERENCE
12      vs.                        )
                                   )
13 WERNER CO., et al.,             )
                                   )
14         Defendants.             )
                                   )
15 _____)

16      IT IS HEREBY STIPULATED AND AGREED by and between all

17 parties in the above-entitled action, by their respective counsel,

18 that the Case Management Conference presently set for May 21, 2007

19 be continued 30 days based upon the fact that the Bankruptcy Court

20 has not made a determination on the agreement entered into between

21 Werner Company and Home Depot, USA, Inc.

22 DATED:  May 18, 2007            THE BOCCARDO LAW FIRM LLP

23                                 BY: _____/S/_____
                                       JOHN C. STEIN
24                                     Attorneys for Plaintiff(s)

25

26

-1-

STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT CONFERENCE

```
                                    SHAW, TERHAR & LaMONTAGNE LLP
DATED:    5/18/07


                                    _____/S/_____
                                    Michael J. Terhar
                                    Attorneys for Defendant


     IT IS SO ORDERED:       The Case Management Conference is continued to 6/25/2007 at
                             10:00 AM.  The parties shall file a Joint Case Management
DATED:   May 18 2ven          Statement by 6/15/2007.


                                    _____
                                    JAMES WARE
                                    United States District Judge
```

-2-

STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT CONFERENCE