IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gevacio Martinez, et al., | No. C 05-03904 JW |
| Plaintiffs, | **ORDER CONTINUING STAY AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Werner Co., et al., | |
| Defendants. | |

This case is presently scheduled for a Case Management Conference on **October 15, 2007**. The Court has previous granted a stay in the case due to pending bankruptcy proceedings as to one of the Defendants, Werner Co. (See Docket Item No. 18.) The stay was set to expired on October 15, 2007. On October 5, 2007, the parties requested an additional three month stay because the bankruptcy court has extended its stay to Defendant Werner's retailers due to contractual indemnity issues and that the bankruptcy stay is still in effect to both Werner Co. and Home Depot, USA, Inc. (See Docket Item No. 19.) However, the parties' request provides no detail regarding the implications of the bankruptcy proceedings on the present action, particularly on the liability issues of Defendant Home Depot, Inc.

Accordingly, the Court continues the Case Management Conference to **October 29, 2007** at **10 a.m.** The stay is extended until October 29, 2007. The parties shall submit a joint case

management statement by **October 19, 2007**.  The statement shall specifically address why the case should not be bifurcated so that the proceedings against Defendant Home Depot may proceed.

Dated:  October 11, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan James Metzger jmetzger@stl-lawoffices.com
John Charles Stein boccardo@boccardo.com
John W. Shaw jshaw@stl-lawoffices.com

| | |
|---|---|
| **Dated:  October 11, 2007** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **    Elizabeth Garcia** |
| | **    Courtroom Deputy** |