IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gevacio Martinez, et al., | No. C 05-03904 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Werner Co., et al. | |
| Defendants. | |

The Court continues the Case Management Conference presently scheduled for January 14, 2008 to **February 25, 2008 at 10 A.M.** to coincide with Defendant Werner's Motion to Dismiss. Pursuant to the Civil Local Rules of Court, the parties shall file a Joint Case Management Statement on or before **February 15, 2008.**

Dated: January 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan James Metzger jmetzger@stl-lawoffices.com
John C Stein boccardo@boccardo.com
John W. Shaw jshaw@stl-lawoffices.com

**Dated: January 10, 2008**     **Richard W. Wieking, Clerk**

**By:     /s/    JWCHAMBERS**
     **Elizabeth Garcia**
     **Courtroom Deputy**