JOSHUA S. GOODMAN - State Bar #116576
ZACHARY S. TOLSON - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

GERVACIO and ROSA MARTINEZ,

    Plaintiffs,

vs.

HOME DEPOT U.S.A., INC., et al.,

    Defendants.

Case No. 5:2005cv03904-JW

STIPULATION TO MODIFY SCHEDULING ORDER RE EXPERT DISCLOSURES; and [PROPOSED] ORDER FOR MODIFICATION

## STIPULATION

It is hereby agreed upon and stipulated that Paragraph 4 of Judge James Ware's April 16, 2008 Scheduling Order is hereby modified such that Plaintiffs shall disclose their Fed. R. Civ. P. 26(a)(2)(B) experts and reports 94 days before the discovery cutoff (31 days before Defendant). Thus, the new deadline for Plaintiffs to disclose their experts is October 17, 2008. Defendant will disclose their Fed. R. Civ. P. 26(a)(2)(B) experts and reports on November 17, 2008.

DATED: May 30, 2008

JENKINS GOODMAN NEUMAN
& HAMILTON LLP

By: _/s/_____
JOSHUA S. GOODMAN
ZACHARY S. TOLSON
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

-1-

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES

1  DATED: May 30, 2008                          BOCCARDO LAW FIRM LLP

2

3                                               By: _____
                                                    JOHN C. STEIN
4                                                   Attorneys for Plaintiffs
                                                    GERVACIO AND ROSA MARTINEZ

5  **IT IS SO ORDERED:**
   All other dates remain as scheduled in the April 16, 2008 Scheduling Order.
6

7  DATED: _____July 2,_____, 2008            By: _____
                                                    JUDGE JAMES WARE
8                                                   UNITED STATES DISTRICT COURT JUDGE

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES