JOSHUA S. GOODMAN - State Bar #116576
ZACHARY S. TOLSON - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GERVACIO and ROSA MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>Defendants. | Case No. 5:2005cv03904-JW<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Pursuant to FED.R.CIV.PRO. 41(a)(1)(A)(ii) it is hereby stipulated and agreed that Plaintiffs GERVACIO and ROSA MARTINEZ hereby voluntarily dismiss the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: January 27, 2009        BOCCARDO LAW FIRM LLP

                               By: _____
                               John C. Stein, Esq.
                               Attorneys for Plaintiffs
                               GERVACIO and ROSA MARTINEZ

DATED: January 27, 2009        JENKINS GOODMAN NEUMAN &
                               HAMILTON LLP

                               By: _____
                               Zachary S. Tolson, Esq.
                               Attorneys for Defendant HOME DEPOT U.S.A., INC.

THE MATTER IS HEREBY DISMISSED. ALL FUTURE HEARINGS ARE HEREBY CANCELLED. IT IS SO ORDERED. The Clerk shall close this file.

DATED: Jan 27, 2009            By: _____
                               UNITED STATES DISTRICT COURT JUDGE

-1-

STIPULATION FOR DISMISSAL AND ORDER